UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SATTARI,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS WORLD CARGO through its agent FORWARD AIR,<br><br>    Defendants. | 2:07-cv-1484-LDG-RJJ<br><br>JUDGMENT |

Defendants' motions having come before the court and the court having considered the issues therein and rendered its decision,

THE COURT HEREBY ORDERS that judgment is ENTERED in favor of defendant British Airways World Cargo and defendant Forward Air, Inc., and against plaintiff Michael Sattari.

DATED this 21 day of September, 2010.

_____
Lloyd D. George
United States District Judge