**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL SATTARI,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS WORLD CARGO through its agent FORWARD AIR,<br><br>    Defendants. | 2:07-cv-1484-LDG-RJJ<br><br>**ORDER** |

Plaintiff Sattari has filed an opposition (#87) to Defendant British Airways World Cargo's ("British Airways") Bill of Costs (#86). When an unsuccessful party opposes the prevailing party's bill of costs, "the cost bill shall be treated as a motion and the objection shall be treated as a response thereto." LR 54-13(b)(3). This court previously entered an order granting British Airways' motion for summary judgment (#84). Sattari now objects to British Airways' cost bill alleging that this court's order "did not award any expenses to any one." Pl.'s Opp'n to Att'y's Mot. for his Expenses 1, ECF No. 87. Sattari's opposition, however, is unfounded. *See* Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs–other than attorney's fees–should be allowed to the prevailing party."); LR 54-1(a) ("Unless otherwise ordered by the court, the prevailing party shall be entitled to reasonable costs."). Accordingly,

THE COURT HEREBY ORDERS that British Airways' Bill of Costs (#86) is GRANTED.

1  DATED this 27 day of October, 2010.

3  _____
   Lloyd D. George
   United States District Judge